IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03248-LTB

ELMER B. RUSSELL,

      Petitioner,

v.

OTERO COUNTY COURT, OTERO COUNTY, COLORADO,
DOUGLAS R. MANLEY, Judge,
COLORADO DEPARTMENT OF REVENUE, Driver Control,
COLORADO FAMILY REGISTRY,
STATE OF ALASKA DEPARTMENT OF REVENUE, Child Support Enforcement,
LEORA BILLINGS, Montezuma County Department of Social Services,

      Respondents.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 28, 2012, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

DATED at Denver, Colorado, this 28 day of December, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ S. Grimm
                    Deputy Clerk